|   |   |
|---|---|
| 1 | CHRISTOPHER CHIOU |
|   | Acting United States Attorney |
| 2 | District of Nevada |
|   | Nevada Bar No. 14853 |
| 3 | LINDSAY AGER |
|   | Assistant United States Attorney |
| 4 | Nevada Bar No. 11985 |
|   | 501 Las Vegas Blvd. So., Suite 1100 |
| 5 | Las Vegas, Nevada 89101 |
|   | (702) 388-6336 |
| 6 | Lindsay.Ager@usdoj.gov |

*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| Alisha Nicole-Lamour Fletcher, | Case No. 2:22-cv-00290-APG-BNW |
|---|---|
| Plaintiff, | **Stipulation to Extend United States' Answering Deadline** |
| v. | |
| Adam Thomas Groff, | **(First Request)** |
| Defendant. | |

Following the United States' removal of this case from Nevada state court and the United States' substitution as the defendant in place of Adam Thomas Groff by operation of law under 28 U.S.C. § 2679(d)(2), the parties met and conferred regarding service of process on the United States as well as the United States' answering deadline.

The parties stipulate that the United States' deadline to answer or otherwise respond to plaintiff's complaint will be 60 days after plaintiff serves the United States with process under Rule 4(i) of the Federal Rules of Civil Procedure. Although Rule 81(c) of the Federal Rules of Civil Procedure provides the time in which a defendant must file an initial pleading in a removed action, the 60-day timeframe to which the parties stipulate is the deadline that ordinarily applies to the United States under Rule 12(a)(2). The purpose of the stipulation is to allow the United States adequate time to investigate this case before answering or otherwise responding to the complaint. This is the parties' first stipulation to extend time for the United States to answer or otherwise respond to the complaint.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 17, 2022 | Dated: February 18, 2022 |
| DANIELLE M. HOLT<br>De Castroverde Law Group | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Danielle M. Holt*<br>Attorney for Plaintiff | */s/ Lindsay Ager*<br>LINDSAY AGER<br>Assistant United States Attorney |

**ORDER**

**IT IS SO ORDERED**

**DATED:** 5:05 pm, February 22, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**