JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
LINDSAY AGER
Assistant United States Attorney
Nevada Bar No. 11985
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Lindsay.Ager@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Alisha Nicole-Lamour Fletcher,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United States of America,<br><br>　　　　Defendant. | Case No. 2:22-cv-00290-APG-BNW<br><br>**Stipulation to Amend First Amended Complaint and to Extend United States' Answering Deadline** |

Following plaintiff's filing of the first amended complaint (ECF No. 14), which adds a new claim for respondeat superior, the parties met and conferred regarding the new claim and the United States' answering deadline. Based on the parties' meet-and-confer efforts, the parties reached the following stipulations:

1. Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, plaintiff may amend her first amended complaint (ECF No. 14) to remove the respondeat superior claim. Specifically, plaintiff will delete the heading titled "Second Cause of Action – Respondeat Superior" and paragraph 23, which appear on page three of the first amended complaint, and will renumber the remaining paragraph accordingly.

2. Under Rule 15(a)(3) of the Federal Rules of Civil Procedure, the United States' deadline to answer or otherwise respond to the second amended complaint will be 60 days after plaintiff files and serves the second amended complaint, which will allow the United States additional time to complete its investigation of the underlying facts

pertaining to the remaining negligence claim. This is the parties' second stipulation to extend time for the United States to answer or otherwise respond to the operative complaint.

IT IS SO STIPULATED.

Dated: May 16, 2022

DANIELLE M. HOLT
De Castroverde Law Group

*/s/ Danielle M. Holt*
Attorney for Plaintiff

Dated: May 16, 2022

JASON M. FRIERSON
United States Attorney

*/s/ Lindsay Ager*
LINDSAY AGER
Assistant United States Attorney

## ORDER

IT IS ORDERED that ECF Nos. 19 and 20 are GRANTED.

IT IS FURTHER ORDERED that Plaintiff must file her amended complaint by June 1, 2022.

**IT IS SO ORDERED**
**DATED:** 2:28 pm, May 18, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2