JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
LINDSAY AGER
Assistant United States Attorney
Nevada Bar No. 11985
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Lindsay.Ager@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Alisha Nicole-Lamour Fletcher,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United States of America,<br><br>　　　　Defendant. | Case No. 2:22-cv-00290-APG-BNW<br><br>**Stipulation and Order for Dismissal with Prejudice** |

Plaintiff Alisha Nicole-Lamour Fletcher and defendant United States of America stipulate that plaintiff's second amended complaint against the United States of America be dismissed, with prejudice, with each party to bear its own fees and costs.

IT IS SO STIPULATED.

Dated: January 23, 2023

| | |
|---|---|
| BRANDONN GROSSMAN<br>De Castroverde Law Group<br><br> /s/ *Brandonn Grossman*　　　　<br>Attorney for Plaintiff | JASON M. FRIERSON<br>United States Attorney<br><br> /s/ *Lindsay Ager*　　　　　<br>LINDSAY AGER<br>Assistant United States Attorney |

IT IS SO ORDERED.

_____
United States District Judge

Dated: January 24, 2023